IN THE SUPREME COURT OF NORTH CAROLINA

No. 158A24-1

Filed 12 December 2025

DEBBIE HAYTHE

v.

JAMES HAYTHE, JR.

Appeal pursuant to N.C.G.S. § 7A-30(2) (2023) and N.C.G.S. § 7A-31 (2023) from the decision of a divided panel of the Court of Appeals, 293 N.C. App. 497 (2024), affirming in part and remanding in part an order entered on 17 January 2023 by Judge Joseph Williams in District Court, Union County. On 27 June 2025, the Supreme Court allowed defendant's petition for discretionary review as to additional issues. This matter was calendared for argument in the Supreme Court on 6 November 2025 but determined on the record and briefs without oral argument pursuant to Rule 30(f) of the North Carolina Rules of Appellate Procedure.

*No brief filed for pro se plaintiff-appellee.*

*Plumides, Romano, & Johnson, P.C., by Richard B. Johnson, for defendant-appellant.*

PER CURIAM.

Defendant appealed from an order of the district court entered on 17 January 2023. The Court of Appeals affirmed in part but remanded for additional findings related to the calculation of alimony and attorney fees. *Haythe v. Haythe*, 293 N.C.

*Opinion of the Court*

App. 497, 510 (2024). Defendant appealed to this Court based on the dissent in part at the Court of Appeals, *Haythe*, 293 N.C. App. at 510 (Tyson, J., dissenting), and we granted defendant's petition for discretionary review of additional issues.

Having considered the opinion of the Court of Appeals, the record, and defendant's brief, we affirm the decision of the Court of Appeals for the reasons stated in that decision and conclude that defendant's petition for discretionary review of additional issues was improvidently allowed.

AFFIRMED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.